UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

| | |
|---|---|
| Date: 11/24/2014 | Hearing: Discovery Hearing |
| Judge: Hugh Lawson | Reporter: Sally Gray |
| Courtroom Deputy: Nora Paul | Law Clerk: Amanda Smith |

Case Number: 7:13-cv-138-HL

Flowers Bakeries Brands

Counsel: Bill Brewster
George Lilly
Crystal Genteman
Nichole Chollet

V

Earthgrains Baking Companies, et al

Counsel: Jeffery Handelman
Danielle Gillen
Converse Bright
Jerome Strickland

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

Court time for JS10/MJSTAR: 38 mins

9:38 am - Convene. Opening remarks by the Court.

9:39 am – Pltf arguments re: Deft redacted emails and documents. Protective Order/Confidentiality Agreement. Scheduling Order. Scheduled depositions. Pltf needs unredacted versions.

9:52 am – Deft arguments re: Documents are redacted to protect highly sensitive information from public view. Sales and marketing strategies. Irrelevant materials have not been produced. The Protective Order addresses the solution to the redacted documents problem.

10:02 am – The Court suggests the parties try and resolve the problem.

10:04 am – Recess.

11:30 am – Reconvene. The parties have reached a solution. Deft will produce the unredacted documents by 12/5/2014. Deft outlines the agreement between the parties in the event it becomes necessary to file a motion to seal. Discovery is extended to 2/13/2015.

11:41 am – The Court reminds the parties to immediately contact the Court should additional discovery problems arise.

11:43 am - Hearing adjourned.